1  William E. Taggart, Jr. (CSB# 41134)
   TAGGART & HAWKINS
2  1901 Harrison Street, Suite 1600
   Oakland   CA   94612
3  Telephone: (510) 893-9999
   Facsimile: (510) 893-9980
4

5  Attorneys for Plaintiffs
   Service Employees International Union
6  and 100 Oak Street Corporation

7

8                UNITED STATED DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12
                                      )   CASE NO. C-05 04189 TEH
13  Service Employees                 )
    International Union, and          )   STIPULATION TO CONTINUE STATUS
14  100 Oak Street Corporation        )   CONFERENCE AND [Proposed]
                                      )   ORDER THEREON
15        Plaintiffs,                 )
                                      )
16  v.                                )
                                      )
17  United States of America by       )
    and through the Commissioner      )   Case Mgt. Cnf.: Feb. 27, 2006
18  of Internal Revenue Service,      )   Cnf. Time: 1:30 P.M.
                                      )   Courtroom: No. 12, 19th Fl.
19        Defendant.                  )
                                      )
20  ─────────────────────────────

21       IT IS HEREBY STIPULATED AND REQUESTED by and between the
22  parties to this action, as reflected by the signatures of their
23  respective counsel appearing below, that the status conference
24  currently set for February 27, 2006, at 1:30 P.M., be continued
25  to April 24, 2006, at 1:30 P.M., or such other period of time as
26  the court deems appropriate, and all related case management
27  deadlines, be continued for the same period of eight calendar
28  weeks, or to such other dates as the court deems appropriate.

1  Plaintiffs petitioned the United States Tax Court for the
2  review of Notices of Determination issued by Defendant in
3  connection with requests by each of the Plaintiffs for Collection
4  Due Process hearings.  On September 30, 2005, the United States
5  Tax Court dismissed Plaintiffs' petitions on the ground the court
6  lacked jurisdiction under Internal Revenue Code §6330(d)(1) to
7  consider petitions with respect to the penalties that are the
8  subject matter of the disputes between Plaintiffs and Defendant.
9  Plaintiffs moved for reconsideration.  On October 19, 2005,
10 the Tax Court granted Plaintiffs' October 13, 2005, Motion for
11 Reconsideration and Motion to Vacate the September 30, 2005
12 Order.  Plaintiffs petitioned this court for review of
13 Defendant's Notices of Determination because Internal Revenue
14 Code §6330(d)(1) provides that in the event it is determined a
15 petition has been filed with the wrong court, the petitioner
16 shall have thirty days to file a petition in the correct court.
17 At the present date the United States Tax Court is
18 reconsidering whether it correctly determined it did not have
19 jurisdiction to adjudicate Plaintiffs' petitions.
20 The parties to this matter agree that a continuation of the
21 case management conference, and a continuation of all related
22 deadlines for the orderly management of this case, for a period
23 of eight calendar weeks is the most efficient utilization of the
24 resources of this court, and is in the best interests of the
25 parties.  Accordingly, the parties respectfully request that the
26 case management conference, and all related case management
27 deadlines, be continued for a period of eight calendar weeks, or
28 for such other period of time as the court deems appropriate.

```
                                Respectfully submitted,

Dated: January    ,2006         TAGGART & HAWKINS

                                /s/ William E. Taggart, Jr.
                                William E. Taggart, Jr.
                                TAGGART & HAWKINS
                                Attorneys for Defendants
                                Ada M. Vittaly and
                                Alex Villasenor


Dated: January    ,2006         KEVIN V. RYAN

                                United States Attorney



                                /s/ David L. Denier
                                David L. Denier
                                Asst. United States Attorney
                                Tax Division
```

### [~~Proposed~~] ORDER

Pursuant to the stipulation of the parties as set forth above, and for good cause shown,

IT IS HEREBY ORDERED that the case management conference currently set for February 27, 2006, at 1:30 P.M., be continued to April 24, 2006, at 1:30 P.M., and that all related case management deadlines, be continued for the same period of eight calendar weeks.

Dated: 02/07/06

_____
Judge Thelton E. Henderson
United States District Judge

STIPULATION TO CONTINUE STATUS CONFERENCE
AND [Proposed] ORDER THEREON   (No. C-05-
04189-TEH)                              -3-                          A25FJSTSERVI.wpd