1  William E. Taggart, Jr. (CSB# 41134)
   TAGGART & HAWKINS
2  1901 Harrison Street, Suite 1600
   Oakland   CA   94612
3  Telephone: (510) 893-9999
   Facsimile: (510) 893-9980
4

5  Attorneys for Plaintiffs
   Service Employees International Union
6  and 100 Oak Street Corporation

7

8                  UNITED STATED DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12
                                    )   **CASE NO. C-05 04189 TEH**
13  Service Employees              )
    International Union, and       )   **STIPULATION TO CONTINUE STATUS**
14  100 Oak Street Corporation     )   **CONFERENCE AND** ~~[Proposed]~~
                                    )   **ORDER THEREON**
15        Plaintiffs,              )
                                    )
16  v.                             )
                                    )
17  United States of America by    )
    and through the Commissioner   )   Case Mgt. Cnf.: Apr. 24, 2006
18  of Internal Revenue Service,   )   Cnf. Time: 1:30 P.M.
                                    )   Courtroom: No. 12, 19th Fl.
19        Defendant.               )
    _____    )
20

21       IT IS HEREBY STIPULATED AND REQUESTED by and between the

22  parties to this action, as reflected by the signatures of their

23  respective counsel appearing below, that the status conference

24  initially set for February 27, 2006, at 1:30 P.M., and continued

25  to April 24, 2006, at 1:30 P.M., be continued to May 22, 2006 or

26  such other date as the court deems appropriate, and that all

27  related case management deadlines, be continued for the same

28  period of four calendar weeks, or to such other dates as the

STIPULATION TO CONTINUE STATUS CONFERENCE      -1-
AND [Proposed] ORDER THEREON   (No. C-05-
04189-TEH)

1 court deems appropriate.

2 Plaintiffs petitioned the United States Tax Court for the
3 review of Notices of Determination issued by Defendant in
4 connection with requests by each of the Plaintiffs for Collection
5 Due Process hearings.  On September 30, 2005, the United States
6 Tax Court dismissed Plaintiffs' petitions on the ground the court
7 lacked jurisdiction under Internal Revenue Code §6330(d)(1) to
8 consider petitions with respect to the penalties that are the
9 subject matter of the disputes between Plaintiffs and Defendant.

10 Plaintiffs moved for reconsideration.  On October 19, 2005,
11 the Tax Court granted Plaintiffs' October 13, 2005, Motion for
12 Reconsideration and Motion to Vacate the September 30, 2005
13 Order.  Plaintiffs petitioned this court for review of
14 Defendant's Notices of Determination because Internal Revenue
15 Code §6330(d)(1) provides that in the event it is determined a
16 petition has been filed with the wrong court, the petitioner
17 shall have thirty days to file a petition in the correct court.

18 On February 07, 2006, the court granted the continuation of
19 the case management conference pursuant to the stipulation of the
20 parties because the United States Tax Court had not rendered a
21 decision on Plaintiffs' October 13, 2005 motion for
22 reconsideration.

23 On March 22, 2006, the United States Tax Court determined it
24 did not have jurisdiction to adjudicate Plaintiffs' petitions.
25 On March 24, 2006, the Tax Court entered Orders dismissing
26 Plaintiffs' petitions for lack of jurisdiction.

27 The parties to this matter agree that a second continuation
28 of the case management conference, and a continuation of all

STIPULATION TO CONTINUE STATUS CONFERENCE   -2-
AND [Proposed] ORDER THEREON   (No. C-05-
04189-TEH)

1  related case management deadlines, for a period of four calendar
2  weeks will facilitate the orderly adjudication of this matter,
3  and is an efficient utilization of the resources of this court.
4  Such a brief continuation is in the best interests of the
5  parties.  Accordingly, the parties respectfully request that the
6  case management conference, and all related case management
7  deadlines, be continued for a period of four calendar weeks, or
8  for such other period of time as the court deems appropriate.

                                    Respectfully submitted,

Dated: March    ,2006               TAGGART & HAWKINS


                                    /S/ William E. Taggart, Jr.
                                    William E. Taggart, Jr.
                                    TAGGART & HAWKINS
                                    Attorneys for Defendants
                                    SERVICE EMPLOYEES INTERNATIONAL
                                    UNION & 100 OAK STREET CORPORATION

Dated: March    ,2006               KEVIN V. RYAN

                                    United States Attorney


                                    /S/ David L. Denier
                                    David L. Denier
                                    Asst. United States Attorney
                                    Tax Division

**[Proposed] ORDER**

Pursuant to the stipulation of the parties as set forth above, and for good cause shown,

IT IS HEREBY ORDERED that the case management conference currently set for April 24, 2006, at 1:30 P.M., be continued to **June 19,** 2006, at 1:30 P.M., and that all related case management deadlines, be continued for the same period of four calendar weeks.

Dated: 04/03/06



_____
erson
strict Judge

C28FJSTSERVI.wpd

STIPULATION TO CONTINUE STATUS CONFERENCE       -4-
AND [Proposed] ORDER THEREON   (No. C-05-
04189-TEH)