```
 1  William E. Taggart, Jr. (CSB# 41134)
    TAGGART & HAWKINS
 2  1901 Harrison Street, Suite 1600
    Oakland   CA   94612
 3  Telephone: (510) 893-9999
    Facsimile: (510) 893-9980
 4

 5  Attorneys for Plaintiffs
    Service Employees International Union
 6  and 100 Oak Street Corporation

 7
```

## UNITED STATED DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Service Employees International Union, and 100 Oak Street Corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>United States of America by and through the Commissioner of Internal Revenue Service,<br><br>    Defendant. | **CASE NO. C-05 04189 TEH**<br><br>**STIPULATION AND CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND [PROPOSED] ORDER THEREON** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C. Section 636(c), and Local Rule 73-1 of the District Court for the Northern District, the undersigned parties to the above-captioned civil matter hereby stipulate and consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and the entry of a final judgment.

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND DESIGNATION (No. C-05-04189-TEH)   -1-

1     Any appeal from a judgment of the Magistrate Judge shall be
2 taken directly to the United States Court of Appeal for the Ninth
3 Circuit in the same manner as an appeal from any other judgment
4 of this court.
5     Pursuant to Local Rule 73-1(b), the parties may consent at
6 any time to the reassignment by the court of a case to a
7 magistrate judge for all purposes.
8     The undersigned parties hereby stipulate and consent to
9 proceed before a United States Magistrate Judge for all purposes,
10 and stipulate and consent the reassignment of this case to a
11 United States Magistrate Judge.

13                                               Respectfully submitted,
14 Dated: _____, 2006     TAGGART & HAWKINS

17                                               William E. Taggart, Jr.
                                              TAGGART & HAWKINS
18                                               Attorneys for Defendants
                                              SERVICE EMPLOYEES INTERNATIONAL
19                                               UNION & 100 OAK STREET CORPORATION

21 Dated: _____, 2006     KEVIN V. RYAN
22                                               United States Attorney

25                                               David L. Denier
                                              Asst. United States Attorney
26                                               Tax Division

**[Proposed] ORDER**

Pursuant to the stipulation and consent of the parties as set forth above, and for good cause shown,

IT IS HEREBY ORDERED that this case be reassigned to a United States Magistrate Judge for any and all further proceedings in this case, including trial, and the entry of a final judgment.

Dated: 05/11/06

Thelton E. Henderson
United States District Judge

*[Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson, signed]*

E10GGSEIU.wpd