1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  SERVICE EMPLOYEES                      No. C 05-4189  JL
    INTERNATIONAL UNION,
12
              Plaintiffs,
13                                         ORDER SETTING CASE MANAGEMENT
         v.                                CONFERENCE
14
    USA, ET AL.,                           [Reassigned Case]
15
              Defendants.
16  _____/

17       TO ALL PARTIES AND COUNSEL OF RECORD:

18       The above matter having been reassigned to the Honorable James Larson  for trial

19  and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. Pro. 16(b) and

20  Civil L.R.16-10, that a Case Management Conference shall be held in this case on

21  Wednesday, June 28, 2006, at 10:30 a.m. in Courtroom F, 15th Floor, U.S. District Court

22  450 Golden Gate Avenue, San Francisco, California.

23       The parties shall appear in person or through counsel and shall be prepared to

24  discuss all items referred to in Civil L.R. 16-10.  Pursuant to Civil Local Rule 16-9, the

25  parties shall file a joint case management statement and proposed order no later than ten

26  (10) days before the date of the conference.  If any party is proceeding without counsel,

27  separate statements may be filed by each party.

28

**United States District Court**
For the Northern District of California

1    All documents filed with the Clerk of the Court shall list the civil case number

2 followed only by the initials "**JL**."  One copy shall be clearly marked as a <u>chambers</u> copy.

3    IT IS SO ORDERED.

4

5 DATED: May 24, 2006

6

7 _____
                                        James Larson
8                              Chief Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

G:\JLALL\CHAMBERS\CASES\CIVIL\05-4189\CMC Reassign.wpd 2