1  William E. Taggart, Jr. (CSB# 41134)
   TAGGART & HAWKINS
2  1901 Harrison Street, Suite 1600
   Oakland   CA   94612
3  Telephone: (510) 893-9999
   Facsimile: (510) 893-9980
4
5  Attorneys for Plaintiffs
   Service Employees International Union
6  and 100 Oak Street Corporation
7
8                    UNITED STATED DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11
12
                                      )   **CASE NO. C-05 04189 JL**
13 Service Employees                  )
   International Union, and           )   **STIPULATION TO CONTINUE STATUS**
14 100 Oak Street Corporation         )   **CONFERENCE AND [Proposed]**
                                      )   **ORDER THEREON**
15      Plaintiffs,                   )
                                      )
16 v.                                 )
                                      )
17 United States of America by        )
   and through the Commissioner       )   Case Mgt. Cnf.: June 28, 2006
18 of Internal Revenue Service,       )   Cnf. Time: 10:30 A.M.
                                      )   Courtroom: F, 15th FL.
19      Defendant.                    )
   _____)
20

21      IT IS HEREBY STIPULATED AND REQUESTED by and between the

22 parties to this action, as reflected by the signatures of their

23 respective counsel appearing below, that the status conference

24 set for June 28, 2006, at 10:30 A.M., be continued to July 19,

25 2006, at 10:30 A.M., or such other date as the court deems

26 appropriate, and that all related case management deadlines, be

27 continued for the same period of three calendar weeks, or to such

28 other dates as the court deems appropriate.

STIPULATION TO CONTINUE STATUS CONFERENCE      -1-
AND [Proposed] ORDER THEREON   (No. C-05-
04189-JL)

1   Counsel for Plaintiffs has a court appearance in the
2 Superior Court of California, Alameda County on June 28, 2006, at
3 9:30 A.M. (Case No. HP05212356). Further, Counsel for Plaintiffs
4 will be out of the country from June 30, 2006, through July 09,
5 2006.
6   The parties to this matter agree that a continuation of the
7 case management conference, and a continuation of all related
8 case management deadlines, for a period of three calendar weeks
9 will facilitate the orderly adjudication of this matter, and is
10 an efficient utilization of the resources of this court.  Such a
11 brief continuation is in the best interests of the parties.
12 Accordingly, the parties respectfully request that the case
13 management conference, and all related case management deadlines,
14 be continued for a period of three calendar weeks, or for such
15 other period of time as the court deems appropriate.

16                              Respectfully submitted,

17 Dated: June    ,2006         TAGGART & HAWKINS

18

19                              /S/ William E. Taggart, Jr.
                                William E. Taggart, Jr.
20                              TAGGART & HAWKINS
                                Attorneys for Defendants
21                              SERVICE EMPLOYEES INTERNATIONAL
                                UNION & 100 OAK STREET CORPORATION
22

23 Dated: June    ,2006         KEVIN V. RYAN

24                              United States Attorney

25

26
                                /S/ David L. Denier
27                              David L. Denier
                                Asst. United States Attorney
28                              Tax Division

STIPULATION TO CONTINUE STATUS CONFERENCE   -2-
AND [Proposed] ORDER THEREON   (No. C-05-
04189-JL)

## [Proposed] ORDER

Pursuant to the stipulation of the parties as set forth above, and for good cause shown,

IT IS HEREBY ORDERED that the case management conference currently set for June 28, 2006, at 10:30 A.M., be continued to July 19, 2006, at 10:30 A.M., and that all related case management deadlines, be continued for the same period of three calendar weeks.

Dated: 6/15/06

_____
James ____
Chief ____

*IT IS SO ORDERED*
*Judge James Larson*