William E. Taggart, Jr. (CSB# 41134)
TAGGART & HAWKINS
1901 Harrison Street, Suite 1600
Oakland   CA   94612
Telephone: (510) 893-9999
Facsimile: (510) 893-9980


Attorneys for Plaintiffs
Service Employees International Union
and 100 Oak Street Corporation


UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


| | |
|---|---|
| Service Employees International Union and 100 Oak Street Corporation,<br><br>  Plaintiffs,<br><br>v.<br><br>United States of America by and through the Commissioner of Internal Revenue Service,<br><br>  Defendant. | **CASE NO. C-05 04189 JL**<br><br>**STIPULATION TO CONTINUE HEARING ON SUMMARY JUDGEMENT MOTION AND [Proposed] ORDER THEREON**<br><br><br><br>Hearing : Nov. 08, 2006<br>Time    : 9:30 A.M.<br>Courtroom: F, 15th FL. |

IT IS HEREBY STIPULATED AND REQUESTED by and between the parties to this action, as reflected by the signatures of their respective counsel appearing below, that the hearing on summary judgement motion set for November 08, 2006, at 9:30 A.M., be continued to January 17, 2007, at 9:30 A.M., or to such other date as the court deems appropriate, and that all related filing deadlines be continued for the same period of ten calendar weeks, or to such other dates as the court deems appropriate.

STIPULATION TO CONTINUE HEARING ON SUMMARY      -1-
JUDGMENT  MOTION   AND  [Proposed]  ORDER
THEREON   (No. C-05-04189-JL)

1  On August 14, 2006, Plaintiff, 100 Oak Street Corporation
2  received a levy notice issued by Defendant stating Defendant has
3  levied for the tax liability pending before this court.
4  Plaintiffs will promptly file an amended complaint to request
5  relief from this levy.  Defendant will have 30 days to file an
6  amended answer.

7  The parties agree that a continuation of the hearing on
8  summary judgment motion, and a continuation of all related filing
9  deadlines, for a period of ten calendar weeks will facilitate the
10 orderly adjudication of this matter, and that such a continuation
11 will result in an efficient utilization of the resources of the
12 court.  Such a continuation is in the best interests of the
13 parties.  Accordingly, the parties respectfully request that the
14 hearing on summary judgment motion, and all related filing
15 deadlines, be continued for a period of ten calendar weeks, or
16 for such other period of time as the court deems appropriate.

17                                  Respectfully submitted,

18 Dated: September    ,2006        TAGGART & HAWKINS

19

20                                  /S/ William E. Taggart, Jr.
                                    William E. Taggart, Jr.
21                                  TAGGART & HAWKINS
                                    Attorneys for Plaintiffs
22                                  SERVICE EMPLOYEES INTERNATIONAL
                                    UNION & 100 OAK STREET CORPORATION
23
   Dated: September    ,2006        KEVIN V. RYAN
24
                                    United States Attorney
25

26
                                    /S/ David L. Denier
27                                  David L. Denier
                                    Asst. United States Attorney
28                                  Tax Division

STIPULATION TO CONTINUE HEARING ON SUMMARY       -2-
JUDGMENT MOTION   AND [Proposed] ORDER
THEREON   (No. C-05-04189-JL)

## [Proposed] ORDER

Pursuant to the stipulation of the parties as set forth above, and for good cause shown,

IT IS HEREBY ORDERED that the hearing on summary judgment motion currently set for November 08, 2006, at 9:30 A.M., be continued to January 17, 2007, at 9:30 A.M., and that all related filing deadlines, be continued for the same period of ten calendar weeks.

Dated: October 3, 2006

_____
James L. Larson
Chief Magistrate Judge

IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO CONTINUE HEARING ON SUMMARY JUDGMENT MOTION AND [Proposed] ORDER THEREON (No. C-05-04189-JL) -3-