```
William E. Taggart, Jr. (CSB# 41134)
TAGGART & HAWKINS
1901 Harrison Street, Suite 1600
Oakland   CA   94612
Telephone: (510) 893-9999
Facsimile: (510) 893-9980


Attorneys for Plaintiffs
Service Employees International Union
and 100 Oak Street Corporation
```

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Service Employees International Union and 100 Oak Street Corporation,<br><br>　　　Plaintiffs,<br><br>v.<br><br>United States of America by and through the Commissioner of Internal Revenue Service,<br><br>　　　Defendant. | **CASE NO. C-05 04189 JL**<br><br>**STIPULATION TO CONTINUE HEARING ON SUMMARY JUDGEMENT MOTION AND [Proposed] ORDER THEREON**<br><br><br><br>Hearing : January 17, 2007<br>Time    : 9:30 A.M.<br>Courtroom: F, 15th Floor |

　　　IT IS HEREBY STIPULATED AND REQUESTED by and between the parties to this action, as reflected by the signatures of their respective counsel appearing below, that the hearing on summary judgement motion set for January 17, 2007, at 9:30 A.M., be continued to January 31, 2007, at 9:30 A.M., or to such other date as the court deems appropriate, and that all related filing deadlines be continued for the same period of two calendar weeks, or to such other dates as the court deems appropriate.

STIPULATION TO CONTINUE HEARING ON SUMMARY　　-1-
JUDGMENT MOTION   AND [Proposed] ORDER
THEREON   (No. C-05-04189-JL)

1    On December 13, 2006, Plaintiffs timely filed their motion
2 for summary judgement.  On December 14, 2006, counsel for both
3 parities discussed continuation of the hearing for two calendar
4 weeks to give Defendant's counsel sufficient time to file its
5 reply.  Further, counsel for Plaintiffs will be attaining the
6 annual ABA meetings in Florida from January 17, 2007 through
7 January 21, 2007.
8    The parties agree that a continuation of the hearing on
9 summary judgment motion, and a continuation of all related filing
10 deadlines, for a period of two calendar weeks will facilitate the
11 orderly adjudication of this matter, and that such a continuation
12 will result in an efficient utilization of the resources of the
13 court.  Such a continuation is in the best interests of the
14 parties.  Accordingly, the parties respectfully request that the
15 hearing on summary judgment motion, and all related filing
16 deadlines, be continued for a period of two calendar weeks, or
17 for such other period of time as the court deems appropriate.

18                                    Respectfully submitted,

19 Dated: December 21, 2006         TAGGART & HAWKINS

20
                                    /S/ William E. Taggart, Jr.
21                                   William E. Taggart, Jr.
                                    TAGGART & HAWKINS
22                                   Attorneys for Plaintiffs
                                    SERVICE EMPLOYEES INTERNATIONAL
23                                   UNION & 100 OAK STREET CORPORATION

24 Dated: December 18, 2006         KEVIN V. RYAN

25                                   United States Attorney

26
                                    /S/ David L. Denier
27                                   David L. Denier
                                    Asst. United States Attorney
28                                   Tax Division

**[Proposed] ORDER**

Pursuant to the stipulation of the parties as set forth above, and for good cause shown,

IT IS HEREBY ORDERED that the hearing on summary judgment motion currently set for January 17, 2007, at 9:30 A.M., be continued to January 31, 2007, at 9:30 A.M., and that all related filing deadlines, be continued for the same period of two calendar weeks.

Dated: January 8, 2007

_____
James F. Larson
Chief Magistrate Judge

*IT IS SO ORDERED*
*Judge James Larson*

L18FJSTSERVI.wpd