UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIU and 100 Oak Street Corporation, | No. 05-4189 JL |
| Plaintiffs, | |
| v. | **ORDER** |
| USA, | |
| Defendants. _____/ | |

At the hearing with IRS Appeals Officer Maurya M. Picano, Plaintiffs provided two unsigned affidavits from Edward Hanley and Henry Levy. Plaintiffs' counsel informed the Court that signed copies have not been lodged with either this Court or with the Appeals Officer. Plaintiffs' counsel represented that the affidavits have since been signed and are available to him. At the hearing on the parties' cross-motions for summary judgment Plaintiffs' counsel informed the court that he would provide the Court with signed copies. Plaintiffs are hereby ordered to provide the court with signed copies of these affidavits forthwith.

1   IT IS SO ORDERED.
2   DATED: February   7   , 2007

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\05-4189\Short Order re affidavits.wpd