United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION,<br><br>    Plaintiffs,<br><br>    v.<br><br>USA, ET AL.,<br><br>    Defendants.<br>_____/ | No. C 05-4189  JL<br><br>**ORDER** |

    The Court received Defendants' motion to amend or alter order and judgment (Docket # 44) pursuant to Rule 59(e), Federal Rules of Civil Procedure, which was noticed for hearing May 2 and continued to May 23, 2007. Upon review of the motion and supporting documents the Court determines that the motion is appropriate for decision without oral argument as provided by Civil Local Rule 7-1(b). Accordingly, the hearing set for May 23 is hereby vacated.

    IT IS SO ORDERED.

DATED: May 2, 2007

_____
James Larson
Chief Magistrate Judge