| | |
|---|---|
| 1 | SCOTT N. SCHOOLS  (SCSBN 9990)<br>United States Attorney |
| 2 | THOMAS MOORE (ASBN 4305-O78T)<br>Assistant United States Attorney |
| 3 | Chief, Tax Division<br>DAVID L. DENIER  (California State Bar No. 95024) |
| 4 | Assistant United States Attorney<br>  9th Floor Federal Building |
| 5 |   450 Golden Gate Avenue, Box 36055<br>  San Francisco, California 94102 |
| 6 |   Telephone:   (415) 436-6888<br>  Fax:             (415) 436-6748 |
| 7 | |
|   | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, and 100 OAK STREET CORPORATION | ) ) ) | |
| | ) | No. C-05-04189-JL |
| Plaintiffs, | ) ) | |
| v. | ) ) | STIPULATION TO RESCHEDULE HEARING AND BRIEFING SCHEDULE and [PROPOSED] ORDER |
| UNITED STATES OF AMERICA BY AND THROUGH THE COMMISSIONER OF INTERNAL REVENUE SERVICE, | ) ) ) ) | Date:  January 2, 2008<br>Time: 9:30 AM |
| Defendant. | ) ) | Courtroom: F - 15th FL. |

The parties agree, subject to the Court's approval, as follows:

　　　　1.　　That the hearing on Plaintiff's Motion for Award of Litigation Costs and Related Costs, currently scheduled for December 5, 2007, be rescheduled to January 2, 2008.

　　　　2.　　That the briefing schedule for the hearing on Plaintiff's Motion for Award of Litigation Costs be revised according to the January 2, 2008 hearing date.  Accordingly, the parties stipulate to the following briefing schedule:

　　　　　　　Government's Opposition to be filed:　　December 12, 2007

　　　　　　　Plaintiff's Reply to be filed:　　　　　　　December 19, 2007

IT IS SO STIPULATED:

        SCOTT SCHOOLS
        United States Attorney

DATED: November 8, 2007        /s/ Cynthia Stier for Dave Denier
        DAVID DENIER
        Assistant United States Attorney
        Attorney for the United States

DATED: November 8, 2007        /s/ Jackson Chou for William Taggart
        WILLIAM TAGGART, JR.
        TAGGART & HAWKINS
        1901 Harrison Street, Suite 1600
        Oakland, CA 94612

        Attorney for Plaintiffs

## ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED:

1.    That the hearing on Plaintiff's Motion for Award of Litigation Costs and Related Costs, currently scheduled for December 5, 2007, is rescheduled to January 9, 2008 [~~January 2, 2008~~].

2.    That the briefing schedule for the hearing on Plaintiff's Motion for Award of Litigation Costs is revised as follows:

    Government's Opposition to be filed:    December 12, 2007

    Plaintiff's Reply to be filed:    December 19, 2007

Dated: November 13, 2007

        _____
        HONORABLE JAMES LARSON
        CHIEF MAGISTRATE JUDGE

S.E.I.U. v. U.S. No. C-05-04189-JL
Stipulation to Reschedule Hearing
and Briefing Schedule and
[Proposed] Order