UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, | No. C 05-4189 JL |
| Plaintiffs, | **ORDER** |
| v. | |
| USA, ET AL., | |
| Defendants. | |

In their Reply Brief, filed at Docket Number 62, Plaintiffs offered to submit detailed billing records to the Court and to Defendant. Plaintiffs shall submit these records TO THE Court and to Defendant within twenty days of the issuance of this order.

IT IS SO ORDERED.

DATED: January 28, 2008

_____
James Larson
Chief Magistrate Judge